## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:10cr117

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| KIKI LEWIS SHERALD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the government's Motion for Modification of Restitution Order. The government has informed the court that Attorney Baker McIntyre, counsel for defendant, no longer represents defendant. The government has further informed the court that the government has inquired about the defendant's position from Attorney Reggie McKnight, who represents defendant on appeal, and the government has not received a response. Moreover, the time for submitting a response has run. Having considered the government's motion and reviewed the pleadings, and it further appearing that the request comes within the time allowed at sentencing for modification, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion for Modification of Restitution Order (#24) is **GRANTED,** and the Judgment is **MODIFIED** to provide the following losses and payees:

Defendant shall pay restitution in the following amounts to the victims as indicated: $89,144.67 to Bank of America, Global Corporate Security, 525

North Tryon Street, Charlotte, NC 28255.

The Clerk of this Court shall prepare an Amended Judgment in a Criminal Case (AO 245C) consistent with such determination.

Signed: August 30, 2011

Max O. Cogburn Jr.
United States District Judge